**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 12-cv-01334-CMA-KMT | Date: | May 22, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

CLINTON J. DAWSON, and    Blair Kenneth Drazic
JANELL DAWSON,

    Plaintiffs,

v.

LITTON LOAN SERVICING, LP, and    Wayne Edwin Vaden
OCWEN LOAN SERVICING, LLC,

    Defendants.

## COURTROOM MINUTES

**Hearing on Motion to Compel**

**1:13 p.m.    Court in session.**

Court calls case.  Appearances of counsel.

Discussion regarding Plaintiffs' Opposed Motion to Compel Discovery [34] with respect to interrogatories and requests for production, public impact, NPV (net present value), loan modification, and loan ownership.

1:15 p.m.    Argument by Mr. Drazic.

1:55 p.m.    Argument by Mr. Vaden.

2:07 p.m.    Rebuttal argument by Mr. Drazic.

**ORDERED:    Plaintiffs' Opposed Motion to Compel Discovery [34] is GRANTED IN PART AND DENIED IN PART.  The motion is granted, and the objections are overruled, regarding responses to interrogatories 1d, 1e, 1f, 2, and 4  and requests for production of documents 1, 2, 4, and 9.  The motion is denied, and the objections are sustained, regarding responses to interrogatories 3, 5, 6, and 7, including all sub-parts, and requests for production of documents 5, 6, 7, and 8, as stated on record.**

Discussion regarding pending motions.

**ORDERED:     Defendants shall supplement their discovery responses as ordered by June 5, 2013.**

**ORDERED:     Plaintiffs may file a supplement to their Motion for Extension of Time notifying the Court of additional documents received and requesting a revised date to respond to [37] Motion for Summary Judgment, as stated on record.**

**ORDERED:     Discovery deadline is revised to July 15, 2013.**

**2:32 p.m.       Court in recess.**

Hearing concluded.
Total in-court time    01:19

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.