**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| Civil Action No:   12-cv-01334-CMA-KMT | Date:   November 15, 2013 |
| Courtroom Deputy:   Sabrina Grimm | FTR:   Courtroom C-201 |

| *Parties:* | *Counsel:* |
|---|---|
| CLINTON J. DAWSON, and<br>JANELL DAWSON, | Blair Drazic (by telephone) |
|    Plaintiffs, | |
| v. | |
| LITTON LOAN SERVICING, LP, and<br>OCWEN LOA SERVICING, LLC, | Mark Willis |
|    Defendants. | |

**COURTROOM MINUTES**

**MOTION HEARING**

**1:30 p.m.        Court in session.**

Court calls case.  Appearances of counsel.

Also present and appearing by telephone, Chris Wyatt.

Discussion regarding Motion to Extend the Time Within Which to File a Response to Defendants' Motion for Summary Judgment (Doc. 62) [71], Goldman Sachs' advisement to the witness that voluntary testimony in this matter would subject Mr. Wyatt to liability, the document or other agreement Goldman Sachs relies upon for this opinion and relevancy of Mr. Wyatt's testimony.

Mr. Willis clarifies that Defendants in this case are not asserting any prohibition for Mr. Wyatt to testify other than on the basis of relevancy of the testimony and timeliness of the discovery.

**ORDERED:**   The court finds that witness Chris Wyatt is refusing to testify without court order and/or subpoena based upon his perception that to do so would subject him to legal process from Goldman Sachs.

**ORDERED**:   **Plaintiff's' Motion for Leave to Take the Deposition of Witness Chris Wyatt [68] is GRANTED. Plaintiff s shall serve Mr. Wyatt with a proper Notice of Deposition and a Subpoena to attend a deposition scheduled for November 26, 2013. Upon receipt of the Notice and Subpoena, the court ORDERS Chris Wyatt to attend the deposition, which may be conducted by telephone or video conferencing, as stated on record.**

Mr. Willis waives the 14 day deposition notice requirement.

Mr. Willis further states Plaintiffs' Motion to Extend the Time Within Which to File a Response to Defendants' Motion for Summary Judgment (Doc. 62) [71] is unopposed motion as to the proposed dates discussed in court.

**ORDERED:**   **The Court RECOMMENDS that Plaintiffs' Motion to Extend the Time Within Which to File a Response to Defendants' Motion for Summary Judgment (Doc. 62) [71] be GRANTED, and that the following deadlines be extended: Deadline for Plaintiffs to file a response to Defendants' motion for summary judgment shall be December 16, 2013; and 2) Defendants' Reply to Plaintiffs' response shall be January 10, 2014.**

**2:19 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time    00:49

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.