**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01334-CMA-KMT

CLINTON J. DAWSON, and
JANELL DAWSON,

    Plaintiffs,

v.

LITTON LOAN SERVICING, LP, and
OCWEN LOAN SERVICING, LLC,

    Defendants.

---

## FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendants' Motion for Summary Judgment of Judge Christine M. Arguello entered on September 29, 2014 it is

    ORDERED that Defendants' Motion for Summary Judgment (Doc No. 62) is GRANTED and all claims against Defendants Litton and Ocwen are DISMISSED WITH PREJUDICE. It is further

    ORDERED this case is hereby DISMISSED. It is further

    ORDERED that the Final Judgment is entered in favor of the Defendants Litton and Ocwen and against Plaintiff. It is further

    ORDERED that the Defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 29th day of September, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ A. Thomas

Deputy Clerk