| | EXHIBIT A | | **INVOICE** |
|---|---|---|---|



**Grand Valley Reporting & Video**
Court Reporters
P.O. Box 4152
Grand Junction, CO 81502
(970) 243-2900

TAX ID #26-4381335

Vaden Law Firm, LLC
ATTENTION: Wayne E. Vaden
2015 York Street
Denver, CO 80205

| INVOICE # | BILLING DATE |
|---|---|
| 5670 | 2/20/2013 |
| JOB DATE | CASE NUMBER |
| 02/11/2013 | 1:12-cv-01334 |
| CASE CAPTION ||
| Dawson v Litton Loan Servicing, et al. ||
| TERMS ||
| 30 Days Net ||

PAID 03/20/2013

| DESCRIPTION | AMOUNT |
|---|---|
| Appearance fee | 80.00 |
| Depositiion of Clinton J. Dawson | |
|   Original, condensed copy, Exhibits 1 - 11 | 425.30 |
| Deposition of Janell Dawson | |
|   Original, condensed copy, Exhibit 12 | 131.20 |
| Conference room | 40.00 |

THANK YOU FOR YOUR BUSINESS!

| | **Total** | $676.50 |
|---|---|---|



20 3889

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 122590*** | 11/15/2013 | 126672 |
| Job Date | Case No. | |
| 7/31/2013 | 112CV01334CMAKMT | |
| Case Name | | |
| Clinton J. Dawson and Janell Dawson vs. Litton Loan Servicing, LP. et al. | | |
| Payment Terms | | |
| Net 30 | | |

Mark Willis, Esquire
Kutak Rock, P.A.
1801 California Street
Denver, CO  30202

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Sony Prudent, backorder | 83.00 | Pages | 253.15 |
| ASCII, Condensed | | | 35.00 |
| Exhibit Copy | 38.00 | Pages | 5.70 |
| Exhibit Link to Transcript | 38.00 | Pages | 5.70 |
| Exhibit Scan | 38.00 | Pages | 5.70 |
| Delivery, Shipping and Handling | | | 20.00 |
| | | **TOTAL DUE >>>** | **$325.25** |

*** This is an estimate only ***

Transcript has not yet been transcribed, therefore, there may be a balance due at the time of completion.  This estimate does not include the cost of any exhibits, if any.  Delivery fees are subject to change.  Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days.  Invoice cannot be adjusted after 30 days.  Payment not contingent on client reimbursement.  If turned over for collection, you agree to pay all collection and attorney's fees.

Q255767

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Mark Willis, Esquire
Kutak Rock, P.A.
1801 California Street
Denver, CO  30202



ACCOUNTS PAYABLE
NOV 20 2013

Job No.       : 126672              BU ID       : South FL
Case No.    : 112CV01334CMAKMT
Case Name : Clinton J. Dawson and Janell Dawson vs. Litton Loan Servicing, LP. et al.
Invoice No.  : 122590***          Invoice Date  : 11/15/2013
**Total Due  : $325.25**

| **PAYMENT WITH CREDIT CARD** | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:                Phone#: | |
| Billing Address: | |
| Zip:          Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:    Orange Legal, Inc.
             633 East Colonial Drive
             Orlando, FL  32803

# INVOICE

1003403

DepoTexas - Houston
13101 Northwest Freeway, Suite 210
Houston, TX 77040
Phone: 281-469-5580   Fax: 713-460-2525

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 276140 | 12/27/2013 | 171346 |
| **Job Date** | **Case No.** ||
| 11/26/2013 | 1:12-cv-01334-CMA-KMT ||
| **Case Name** |||
| Clinton J. Dawson, et al  vs  Litton Loan Servicing, LP, et al |||
| **Payment Terms** |||
| Due upon receipt . |||

Mark Willis
Kutak Rock, LLP
1801 California Street, Suite 3000
Denver, CO  80202

1 COPY OF TRANSCRIPT OF:
   Chris Wyatt

    275.90

TOTAL DUE >>>     $275.90
AFTER 1/26/2014 PAY     $292.45

Thank you. We appreciate your business.

Q265705

ACCOUNTS PAYABLE
JAN 24 2014

**Tax ID:** 76-0328576

*Please detach bottom portion and return with payment.*

Mark Willis
Kutak Rock, LLP
1801 California Street, Suite 3000
Denver, CO  80202

Job No.     : 171346          BU ID      : HOU-DT-R
Case No.    : 1:12-cv-01334-CMA-KMT
Case Name   : Clinton J. Dawson, et al  vs  Litton Loan
              Servicing, LP, et al

Invoice No. : 276140          Invoice Date : 12/27/2013
**Total Due** : $ 275.90
AFTER 1/26/2014 PAY $292.45

X _____  426402-R  1/23/14

**Remit To:** DepoTexas, Inc.
    13101 Northwest Freeway, Suite 210
    Houston, TX  77040

| PAYMENT WITH CREDIT CARD | VISA |
|---|---|
| Cardholder's Name: ||
| Card Number: ||
| Exp. Date:        Phone#: ||
| Billing Address: ||
| Zip:        Card Security Code: ||
| Amount to Charge: ||